# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2527
_____

KELVIN WALKER,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

April 11, 2019


PER CURIAM.

   AFFIRMED. *See State v. Cregan,* 908 So. 2d 387, 391 (Fla. 2005).

   MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kelvin Walker, pro se, Appellant.

Ashley Moody, Attorney General, and Virginia Harris, Assistant Attorney General, Tallahassee, for Appellee.